CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED
For Lynchburg
JUL 0 5 2006
JOHN CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Criminal No. 6:05CR00039 |
| v. | ) | |
| | ) | **ORDER** |
| CARL B. HUTCHERSON, JR., | ) | |
| | ) | By: James C. Turk |
| Defendant. | ) | Senior United States District Judge |

**IT IS ORDERED** that the Defendant's Motion for Judgment of Acquittal or in the Alternative for a New Trial (dkt no. 167), shall be and hereby is, **DENIED**.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER: This 5th day of July, 2006.

/s/ James C. Turk
James C. Turk
Senior United States District Judge

14